JS-6

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
ARMAND ROTH
Special Assistant United States Attorney
California State Bar No. [Bar 214624
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8924
    Facsimile: (415) 744-0134
    Email: armand.roth@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA LASHELL MANNING,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br>    Defendant. | Case No.: 2:20-cv-10554-AS<br><br>[~~PROPOSED~~] **JUDGMENT OF REMAND** |

1  The Court having approved the parties' Stipulation to Remand Pursuant to
2  Sentence Four of 42 U.S.C. § 405(g) (Stipulation to Remand),  IT IS HEREBY
3  ORDERED, ADJUDGED AND DECREED that the above-captioned action is
4  remanded to the Commissioner of Social Security for further proceedings
5  
6  consistent with the terms of the Stipulation to Remand.
7
8       DATED:   October 27, 2021
9
10
11           _____/ s / Sagar_____
             THE HONORABLE ALKA SAGAR
12           UNITED STATES MAGISTRATE JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26